# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2018

## NO. 03-18-00750-CV

**Madeleine Connor, Appellant**

**v.**

**Marc Stephenson, Claude Smith, Douglas Hooks, and Megan Marrs, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the orders signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.